☙JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Isaac Industries, Inc., individually on behalf of itself and all others similarly situated

## DEFENDANTS
E.I. Dupont de Nemours & Co., Huntsman International LLC, Kronos Worldwide, Inc., et al. [see attached for full list]

(b) County of Residence of First Listed Plaintiff  Miami-Dade, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Paul Mark Sandler, Shapiro Sher Guinot & Sandler [see attached for address, telephone, and additional counsel

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☒ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 15 U.S.C. 1
Brief description of cause: combination or conspiracy to unreasonably restrain trade

## VII. REQUESTED IN COMPLAINT:
☑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ damages, trebled
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Hon. Richard D. Bennett
DOCKET NUMBER 1:10-cv-00318 RDB

DATE 02/12/2010
SIGNATURE OF ATTORNEY OF RECORD
_[signature]_ (Robert B. Levin)

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| ISAAC INDUSTRIES, INC., on behalf of itself and all others similarly situated, | * | |
| | * | Case No.: |
| Plaintiff, | * | **CLASS ACTION COMPLAINT** |
| v. | * | **JURY TRIAL DEMANDED** |
| E.I. DUPONT DE NEMOURS AND COMPANY, HUNTSMAN INTERNATIONAL LLC, KRONOS WORLDWIDE INC., MILLENNIUM INORGANIC CHEMICALS, INC. (a Delaware corporation with its principal place of business in Hunt Valley, Baltimore County, Maryland), and THE NATIONAL TITANIUM DIOXIDE COMPANY LIMITED (d/b/a CRISTAL), | * * * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CIVIL COVER SHEET (continued)**

I. (a) Defendants [full list]

E.I. DUPONT DE NEMOURS AND COMPANY
HUNTSMAN INTERNATIONAL LLC
KRONOS WORLDWIDE INC.
MILLENNIUM INORGANIC CHEMICALS, INC., and
THE NATIONAL TITANIUM DIOXIDE COMPANY LIMITED (*d/b/a* CRISTAL)

I. (c) Plaintiff's Attorneys [full list]

SHAPIRO SHER GUINOT & SANDLER
Paul Mark Sandler – Bar No. 00145
pms@shapirosher.com

Robert B. Levin – Bar No. 00695
rbl@shapirosher.com
John J. Lovejoy – Bar No. 28905
jjlovejoy@shapirosher.com
36 South Charles Street
Charles Center South, Suite 2000
Baltimore, Maryland  21201
Telephone:  (410) 385-0202
Facsimile:  (410) 539-7611

LIEFF, CABRASER,
   HEIMANN & BERNSTEIN, LLP

Joseph R. Saveri
Eric B. Fastiff (Pro Hac Vice Admission Pending)
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, California 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008
jsaveri@lchb.com
efastiff@lchb.com

LIEFF, CABRASER,
   HEIMANN & BERNSTEIN, LLP

Steven E. Fineman
Daniel E. Seltz
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592
sfineman@lchb.com
dseltz@lchb.com

BERGER & MONTAGUE, P.C.

Eric L. Cramer
(Pro Hac Vice Admission Pending)
Matthew P. McCahill
(Pro Hac Vice Admission Pending)
1622 Locust Street
Philadelphia, PA 19103

Tel: (215) 875-3000
Fax: (215) 875-4604
ecramer@bm.net
mmccahill@bm.net

CRIDEN & LOVE, P.A.

Kevin B. Love
7301 Southwest 57th Court, Suite 515
South Miami, Florida 33143
Tel: (305) 357-9000
Fax: (305) 357-9050
klove@cridenlove.com